HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| HUMPHREY EZEKIEL ETENYI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security, et al,<br><br>　　　　Respondents. | No. SA CV 17-1546-JVS (JPR)<br><br>**ORDER FOR VOLUNTARY DISMISSAL OF SECTION 2241 HABEAS PETITION** |

　　GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the current action should be dismissed as moot.

DATED: January 19, 2018

_____
HONORABLE JAMES V. SELNA
U. S. DISTRICT JUDGE

Presented by:

*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender